IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,

    Plaintiff(s),

vs.                              Case Number: 1:16cv497

Lieutenant Esham, et al.,        Judge Susan J. Dlott

    Defendant(s).

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on October 4, 2016 (Doc. 25), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 21, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion to redraw claims (Doc. 11) and motions for leave to amend the complaint (Docs. 12, 19) are DENIED.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court