IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,                        :
                                         :
              Plaintiff(s),              :
                                         :     Case Number: 1:16cv497
       vs.                               :
                                         :     Senior Judge Susan J. Dlott
Lieutenant Esham, et al.,                :
                                         :
              Defendant(s),              :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States

District Court for the Southern District of Ohio Western Division to United States Magistrate Judge

Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed

with this Court on February 21, 2018 a Report and Recommendation (Doc. 70).  Subsequently, the

plaintiff filed objections to such Report and Recommendation (Doc. 75).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de

novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that

such Recommendation should be adopted.

Accordingly, defendants' motion for summary judgment (Doc. 51) is GRANTED.

The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that an appeal of any Court order

adopting the Report and Recommendation will not be taken in good faith.  *See McGore v.*

*Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.


____s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court